UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DELTA FUEL CO., INC., Plaintiff | CIVIL ACTION 1:18-CV-01334 |
| VERSUS | JUDGE SUMMERHAYS |
| TODD ABBOTT, Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Delta's Motion to Stay and Compel Arbitration (Doc. 11) is GRANTED.

THUS ORDERED AND SIGNED in Chambers at Lafayette, Louisiana on this 13th day of August 2019.

JUDGE ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE